# EXHIBIT A

Sonner Kehrt
sonner.kehrt@thewarhorse.org
609-213-5539

June 17, 2022

Dear FOIA Officer, U.S. Army,

This is a request under the Freedom of Information Act being made by The War Horse, a nonprofit national news organization that covers military and veterans' issues.

I request copies of annual reports from the Office of the Assistant Chief of Staff for Installation Management to the Office of the Assistant Secretary of the Army (Installations, Energy and Environment) on the state of the Army's water rights. Per Army Directive 2014-08 (Water Rights Policy for Army Installations in the United States), these reports are described: "*By 31 December of each calendar year, the Office of the Assistant Chief of Staff for Installation Management (OACSIM) will report to the Office of the Assistant Secretary of the Army (Installations, Energy and Environment) on the current state of the Army's water rights. This report will include the following topics: an assessment of the sufficiency of existing water rights to meet mission requirements; the state of documentation to assert, maintain and defend the Army's water rights; and a current summary of all legal challenges to the Army's water rights.*" I request copies of these reports from 2014 through 2021.

As a representative of The War Horse, a full-time newsroom dedicated to covering military and veterans' issues, I ask that any and all fees and other charges be waived as this request is in the public interest. This request is not intended for commercial use.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I prefer electronic files and correspondence when available.

Thank you for your consideration of this request.

Sincerely,

Sonner Kehrt

Investigative Reporter
The War Horse (www.thewarhorse.org)

**EXHIBIT B**



---------- Forwarded message ---------
From: **Sonner Kehrt** <[sonner.kehrt@thewarhorse.org](mailto:sonner.kehrt@thewarhorse.org)>
Date: Tue, Jul 19, 2022 at 8:42 AM
Subject: Re: FOIA Request
To: <[usarmy.belvoir.hqda-oaa-ahs.mbx.rmda-foia@army.mil](mailto:usarmy.belvoir.hqda-oaa-ahs.mbx.rmda-foia@army.mil)>

Good morning,

I'm checking in on the status of my FOIA request as it's been 21 business days since I submitted. Any information you're able to provide would be greatly appreciated!

v/r,
Sonner Kehrt

On Fri, Jun 17, 2022 at 11:04 AM Sonner Kehrt <[sonner.kehrt@thewarhorse.org](mailto:sonner.kehrt@thewarhorse.org)> wrote:
> Good morning,
>
> Please see the attached FOIA request.
>
> Best wishes,
> Sonner Kehrt
>
> --
> E.T. Sonner Kehrt
>
> Investigative Reporter
> The War Horse

--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse


--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse

**EXHIBIT C**



**[EXTERNAL]**

---------- Forwarded message ---------
From: **Sonner Kehrt** <sonner.kehrt@thewarhorse.org>
Date: Tue, Aug 9, 2022 at 2:28 PM
Subject: FOIA Request
To: <usarmy.jbsa.imcom-hq.mbx.foia-requester-service-center@mail.mil>


Good afternoon,

Please see attached FOIA request.

v/r,
Sonner Kehrt

--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse


--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse

Sonner Kehrt
sonner.kehrt@thewarhorse.org
609-213-5539

June 17, 2022

Dear FOIA Officer, U.S. Army,

This is a request under the Freedom of Information Act being made by The War Horse, a nonprofit national news organization that covers military and veterans' issues.

I request copies of annual reports from the Office of the Assistant Chief of Staff for Installation Management to the Office of the Assistant Secretary of the Army (Installations, Energy and Environment) on the state of the Army's water rights. Per Army Directive 2014-08 (Water Rights Policy for Army Installations in the United States), these reports are described: "*By 31 December of each calendar year, the Office of the Assistant Chief of Staff for Installation Management (OACSIM) will report to the Office of the Assistant Secretary of the Army (Installations, Energy and Environment) on the current state of the Army's water rights. This report will include the following topics: an assessment of the sufficiency of existing water rights to meet mission requirements; the state of documentation to assert, maintain and defend the Army's water rights; and a current summary of all legal challenges to the Army's water rights.*" I request copies of these reports from 2014 through 2021.

As a representative of The War Horse, a full-time newsroom dedicated to covering military and veterans' issues, I ask that any and all fees and other charges be waived as this request is in the public interest. This request is not intended for commercial use.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I prefer electronic files and correspondence when available.

Thank you for your consideration of this request.

Sincerely,

Sonner Kehrt

Investigative Reporter
The War Horse (www.thewarhorse.org)

**EXHIBIT D**



**DEPARTMENT OF THE ARMY**
**OFFICE OF THE DEPUTY CHIEF OF STAFF, G-9**
**600 ARMY PENTAGON**
**WASHINGTON, DC  20310-0600**

12 August 2022

Sonner Kehrt
sonner.kehrt@thewarhorse.org

Dear Ms. Kehrt:

This letter is in response to your Freedom of Information Act (FOIA) request referred to our office from the United States Installation Management Command. You are requesting the annual reporting of the current state of the Army's water rights that includes the following topics: an assessment of the sufficiency of existing water rights to meet mission requirements; the state of documentation to assert, maintain and defend the Army's water rights; and a current summary of all legal challenges to the Army's water rights. You are requesting copies of these reports from 2014 through 2021.

Your request was received in our office on 12 August 2022 and is being processed in accordance with Title 5 United States Code 552, The Freedom of Information Act.  This request has been assigned the Office of the Deputy Chief of Staff (ODCS), G-9 Case Number: FP-22-025509 for tracking purposes and status can be tracked at https://www.foia.army.mil/facts/casestatus.aspx.

 If you have any questions or concerns, please contact Erica D. Parker at 703-545-1022 email: usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@mail.mil.

Sincerely,

PARKER.ERICA.
D.1043155390
Digitally signed by
PARKER.ERICA.D.1043155390
Date: 2022.08.12 10:29:05
-04'00'

Erica D. Parker
Freedom of Information Act Officer,
Information
    Technology Directorate

**EXHIBIT E**



---------- Forwarded message ---------
From: **Sonner Kehrt** <sonner.kehrt@thewarhorse.org>
Date: Thu, Mar 2, 2023 at 7:15 AM
Subject: Re: [Non-DoD Source] FOIA update
To: USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>

Thank you so much for the update; I appreciate it!

v/r,
Sonner

On Fri, Feb 24, 2023 at 8:34 AM USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil> wrote:

Mr. Kehrt,


I am preparing to send the information I have with recommendations to legal for approval to release.

Erica

---

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Tuesday, February 21, 2023 12:53 PM
**To:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>; Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>
**Subject:** Re: [Non-DoD Source] FOIA update

Hi Erica,

Hope you're doing well. Checking in to see if there's any update on my FOIA request?

Thanks for all your help with this.

v/r,

Sonner

On Tue, Jan 10, 2023 at 11:55 AM Sonner Kehrt <sonner.kehrt@thewarhorse.org> wrote:

Thank you for the update!

r/

Sonner

On Tue, Jan 10, 2023 at 10:32 AM USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil> wrote:

Mr. Kehrt,

I wanted to follow up and let you know that I was sent the reports you requested and am currently reviewing them before sending my recommendations for release to OTJAG for approval.

2

Erica

Erica Parker

Freedom of Information Act (FOIA)/Privacy Officer

Office of the Army Deputy Chief of Staff (DCS), G-9

Teams: Erica.d.parker.civ@army.mil

Phone: 571-235-5465

---

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Tuesday, January 3, 2023 2:11 PM
**To:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>
**Cc:** Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>; usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@mail.mil
**Subject:** Re: [Non-DoD Source] FOIA update


Good morning,


Hope you had a great holiday! Thanks for the update and your assistance.


v/r,

Sonner


On Tue, Dec 27, 2022 at 4:12 AM USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil> wrote:

  Good Morning,

Happy Holidays!  I last checked with the directorate working the week before the holiday and they were still researching.  I do apologize for the delay.  I will continue to reach out to them to get this completed and closed for you.

Erica

---

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Tuesday, December 20, 2022 2:26 PM
**To:** Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>; usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@mail.mil
**Subject:** Re: [Non-DoD Source] FOIA update

Good afternoon,

I am requesting a status update on my FOIA request FP-22-025509.

Thank you,

Sonner Kehrt

On Tue, Nov 1, 2022 at 11:42 AM Sonner Kehrt <sonner.kehrt@thewarhorse.org> wrote:

Hi Erica,

Following up her to check on the status of my FOIA request.

Thank you,

Sonner

On Wed, Oct 19, 2022 at 11:34 AM Sonner Kehrt <sonner.kehrt@thewarhorse.org> wrote:

Thanks, Erica!

v/r,

Sonner

On Tue, Oct 18, 2022 at 9:54 AM Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>
wrote:

Good Afternoon,

Let me confirm the status though I believe that G-9 confirmed that week that we did not have the records you
were requesting.  I will confirm again with our operations directorate and send you an official response.

Erica

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Tuesday, October 18, 2022 12:40 PM
**To:** Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>; usarmy.pentagon.hqda-
dcs-g-9.mbx.foia-requests@mail.mil
**Subject:** [Non-DoD Source] FOIA update

Hi Erica,

Hope you're well. I'm writing to ask the status of my FOIA request FP-22-025509.

Thanks for any help you're able to give me!

v/r,

Sonner Kehrt

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

> Investigative Reporter
>
> The War Horse

--

> E.T. Sonner Kehrt
>
> Investigative Reporter
>
> The War Horse

--

> E.T. Sonner Kehrt
>
> Investigative Reporter
>
> The War Horse

--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse

--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse

--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse

**EXHIBIT F**



---------- Forwarded message ---------
**From: USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests** <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>
Date: Thu, Jan 18, 2024 at 7:15 AM
Subject: RE: [Non-DoD Source] FOIA Status
To: sonner.kehrt@thewarhorse.org <sonner.kehrt@thewarhorse.org>, Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>
Cc: THOMASBURKE@dwt.com <THOMASBURKE@dwt.com>


Mr. Kehrt,


Good morning, I understand your frustration completely and I do apologize for the extended delay.  I reached out to my legal advisor this morning for an updated status and am waiting to hear back from her.  The Army has had some hot topics in regards to water so I am unable to release anything without them signing a memorandum of approval upon legal review.  I will let them know your intent and ask them if I can possibly give their information to you for direct communication.


Again, my apologies,


Erica Parker

Freedom of Information Act (FOIA)/Privacy Officer

Office of the Army Deputy Chief of Staff (DCS), G-9

Teams: Erica.d.parker.civ@army.mil

Phone: 571-235-5465

---

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Tuesday, January 16, 2024 2:50 PM
**To:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>; Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>
**Cc:** Burke, Thomas <THOMASBURKE@dwt.com>
**Subject:** Re: [Non-DoD Source] FOIA Status

Hi Erica,

Hope you're doing well. I wanted to follow up here. I really appreciate your communication with me about my FOIA. However, I'm concerned that we've been going back and forth for more than a year and a half, and I haven't even received an estimated date of completion yet.

I've spoken with our legal counsel, and I wanted to let you know that unless we are told that we can expect to start receiving responsive documents by March 1, we will assume that the Army won't be producing these documents and are prepared to file suit.

v/r,

Sonner

On Mon, Jan 8, 2024 at 3:26 PM Sonner Kehrt <sonner.kehrt@thewarhorse.org> wrote:

Thank you for checking with legal. Hope you had a happy new year!

r/,

Sonner

On Fri, Dec 22, 2023 at 4:56 AM USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil> wrote:

Good Morning,

Sorry for the delay in response, I had to take some unexpected leave.  I will check with legal.  Apparently there are some water rights terms that are on the hot topics list so the environmental lawyer is working on a memorandum of response on some of them.  I think I had mentioned something to that regard.  I will reach out to my POC at OTJAG to see if I can get a status of that.

Erica

---

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Thursday, December 14, 2023 5:57 PM
**To:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>; Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>
**Subject:** Re: [Non-DoD Source] FOIA Status

Hi Erica,

Hope you're well! Following up here - what's the estimated date of completion currently for this request?

v/r,

Sonner

On Thu, Nov 30, 2023 at 12:13 PM Sonner Kehrt <sonner.kehrt@thewarhorse.org> wrote:

Thanks, Erica. Are you able to provide a timeframe for when I can expect the final release?

Best,

Sonner

On Wed, Nov 15, 2023 at 7:47 AM USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil> wrote:

Good Morning,

Yes, I talked to her yesterday and the Environmental Attorney is working on a write up in regards to what can/will be released and why. He will be the one doing the final legal review for release. There are few things in regards to water that have been on the Army's hot topics list for quite some time which is why we had to inquire with him to ensure we are following those guidelines.

Erica

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Monday, November 13, 2023 4:04 PM
**To:** Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>
**Cc:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>
**Subject:** Re: [Non-DoD Source] FOIA Status

Hi Erica,

Just checking in - any update on the release timeline from the OTJAG attorney?

Thank you!

Sonner

On Tue, Oct 31, 2023 at 12:44 PM Sonner Kehrt <sonner.kehrt@thewarhorse.org> wrote:

Thanks for the update! Looking forward to hearing what you learn when you've touched base with her.

Best,

Sonner


On Thu, Oct 26, 2023 at 12:28 PM Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil> wrote:

> Mr. Kehrt,
>
>
> Good Afternoon!  Things are well, and busy!  I hope all is well with you also.  My attorney at OTJAG reached out to meet her environmental peer to get some guidance on the release.  Let me touch base with her, we have been playing a bit of phone tag the last day or two.  I will send you an update after I speak to her.
>
>
> Erica
>
>
> ---
>
> **From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
> **Sent:** Wednesday, October 25, 2023 12:56 PM
> **To:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>; Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>
> **Subject:** Re: [Non-DoD Source] FOIA Status
>
>
> Hi Erica,
>
>
> I hope you're doing well. Are you able to give me a timeline on when I might be able to receive the releasable documents from my FOIA request (FP-22-025509)?
>
>
> Thank you,
>
> Sonner
>
>
> On Thu, Aug 17, 2023 at 9:56 AM Sonner Kehrt <sonner.kehrt@thewarhorse.org> wrote:
>
>> Hi Erica,

Thanks so much for the update and for working to get a status update from legal. I really appreciate it.

Best,

Sonner

On Wed, Aug 16, 2023 at 5:55 AM USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil> wrote:

Mr. Kehrt,

Good Morning, I haven't touched base with you for quite some time so I wanted to send you an update.  Your information is still being reviewed by legal and I will touch base with them on a status.  Many cases due take some time depending on the priority of the case.  I apologize for the delay and will let you know any other updates and status that I have.

Erica

---

**From:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests
**Sent:** Friday, June 23, 2023 11:45 AM
**To:** sonner.kehrt@thewarhorse.org
**Subject:** RE: [Non-DoD Source] FOIA Status

Mr. Kehrt,

Good Morning, I wanted to send you an update to let you know the spreadsheets are being sent back to legal for another review and approval for release.

Erica

---

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Wednesday, June 14, 2023 6:34 PM
**To:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>
**Subject:** Re: [Non-DoD Source] FOIA Status

Thanks for the update!


r/,

Sonner


On Tue, Jun 6, 2023 at 10:28 AM USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil> wrote:

> Good Afternoon!
>
>
> I had to re-review the all spreadsheets based on the information my legal office requested. It now has to be reviewed by legal again for approval for me to send it to the Initial Denial Authority for release.
>
>
> Erica
>
> ---
>
> **From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
> **Sent:** Thursday, June 1, 2023 12:05 PM
> **To:** Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>; USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>
> **Subject:** Re: [Non-DoD Source] FOIA Status
>
>
> Good morning,
>
>
> Hope you're well! Any movement on my FOIA request (FP-22-025509)?
>
>
> Thanks again for all your help.
>
>
> v/r,
>
> Sonner

On Wed, Apr 12, 2023 at 1:52 PM Sonner Kehrt <sonner.kehrt@thewarhorse.org> wrote:

Thanks for the update; I appreciate it!


v/r,

Sonner


On Wed, Apr 12, 2023 at 11:47 AM Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil> wrote:

Good Afternoon,


I spoke with my legal representative yesterday about this case and had to go back to our operations directorate with a few questions she had. I am sending those responses back to her today and hope I can get her final guidance and sign off to complete this case.


I am sorry for any delay.


Erica

---

**From:** Sonner Kehrt <sonner.kehrt@thewarhorse.org>
**Sent:** Wednesday, April 12, 2023 2:10 PM
**To:** USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>; Parker, Erica D CIV USARMY HQDA DCS G-9 (USA) <erica.d.parker.civ@army.mil>
**Subject:** [Non-DoD Source] FOIA Status


Good afternoon,


I wanted to check on the status of my FOIA request: FP-22-025509.

Thank you!

v/r,

Sonner

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse


--

E.T. Sonner Kehrt


Investigative Reporter

The War Horse




--

E.T. Sonner Kehrt


Investigative Reporter

The War Horse


--

E.T. Sonner Kehrt


Investigative Reporter

The War Horse




--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse

--

E.T. Sonner Kehrt

Investigative Reporter

The War Horse


--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse

**EXHIBIT G**



---------- Forwarded message ---------
From: **USARMY Pentagon HQDA DCS G-9 Mailbox FOIA Requests** <usarmy.pentagon.hqda-dcs-g-9.mbx.foia-requests@army.mil>
Date: Thu, Mar 28, 2024 at 7:24 AM
Subject: Status
To: Sonner Kehrt <sonner.kehrt@thewarhorse.org>


Good Morning,


I wanted to touch base with you and let you know I have reached out to legal on a status for your case and am awaiting to hear back from the environmental lawyer again.  I know they work in the order they are received and most often can take some time.


As a reminder until they give me a release memo from them and concur on my release recommendations I can not release the information.


Again, I greatly apologize for any delay and will continue to reach out to them.  I will let you know when I get any further updates.


Erica

--
E.T. Sonner Kehrt

Investigative Reporter
The War Horse